IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL DONOVAN WALDE,

    *Plaintiff*,

v.                                          Case No.: 1:21cv123-MW/MAF

JOSHUA MEURER,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 85, and has also reviewed *de novo* Plaintiff's objections, ECF No. 86.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 85, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 35, is **GRANTED in part** and **DENIED in part**. Plaintiff's first amended complaint, ECF No. 28, is **DISMISSED** for failure to state a claim upon which relief may be granted, but Plaintiff's second filed "amended complaint," ECF No. 29, shall proceed against Defendant in his individual capacity only. Defendant's motion for

summary judgment, ECF No. 41, is **GRANTED** as to Plaintiff's false arrest claim but otherwise is **DENIED** as to Plaintiff's Fourth Amendment seizure claim. This Court does *not* direct partial entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). This case is remanded to the Magistrate Judge for further proceedings, including providing additional discovery, prior to scheduling a trial of this matter.

**SO ORDERED on February 22, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**